IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00585-REB-MJW

RICHARD MUNDELL,

Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS SAGUACHE COUNTY, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants' Motion for Stay (docket no. 9) is GRANTED pursuant to <u>Siegert v. Gilley</u>, 500 U.S. 226, 231-32, 111 S. Ct. 1789, 1793, 114 L.Ed.2d 277 (1991) and <u>Pueblo Neighborhood Health Centers v. Losavio</u>, 847 F.2d 642, 645 (10th Cir. 1988). This case is STAYED until further Order of Court.

It is FURTHER ORDERED that the Rule 16 Scheduling Conference set on July 18, 2005, at 9:30 a.m. is VACATED. The parties shall forthwith inform Magistrate Judge Watanabe once Judge Blackburn rules on the pending Defendants' Motion to Dismiss (docket no. 10) which is based upon qualified immunity.

Date: July 11, 2005