IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00585-REB-MJW

RICHARD MUNDELL,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS SAGUACHE COUNTY et al.,

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT**
*(Docket No. 22)*

---

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Amend Complaint, filed July 16, 2005.

Having considered the motion,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. ⓔ

DONE this 18th day of July, 2005.

ⓔ And The First Amended Complaint And Jury Demand Is Accepted For Filing Today.

BY THE COURT:

*/s/ Michael J. Watanabe*

~~Robert E. Blackburn~~
~~United States District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE