IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00585-REB-MJW

RICHARD MUNDELL,

Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS SAGUACHE COUNTY, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order Concerning Confidential Information (docket no. 39-1) is GRANTED. The written Stipulated Protective Order Concerning Confidential Information (docket no. 39-2) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date: November 17, 2005