IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00585-REB-MJW

RICHARD MUNDELL,

Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS SAGUACHE COUNTY, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the defendants' Motion to Withdraw, which was filed on December 22, 2005 (Docket No. 46), is granted, and thus Edward P. Butler is withdrawn as counsel for defendants in this case.  Leslie L. Schluter remains as counsel of record for defendants.

Date: December 22, 2005