IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00585-REB-MJW

RICHARD MUNDELL,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS SAGUACHE COUNTY et al.,

    Defendants.

---

ORDER RE: PLAINTIFF'S <u>UNOPPOSED</u> MOTION TO EXTEND DEADLINE
FOR FILING FINAL PRETRIAL ORDER TO JULY 7, 2006
( Docket No. 59 )

---

The Court, having received and considered Plaintiff's Unopposed motion for Extension of Deadline for Filing the Final PreTrial Order, hereby GRANTS said Motion. The parties shall have up to and including July 7, 2006 to file the Final PreTrial Order in this matter.

Date:

So Ordered,

_/s/ Michael J. Watanabe_   5 · 2 · 06

~~United States District or Magistrate Judge~~

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**

1