# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-00585-REB-MJW

RICHARD MUNDELL,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF SAGUACHE COUNTY,
LARRY ZIMMER, individually and in his official capacity as Director of the Saguache County Department of Social Services,
ESTHER LOBATO, individually and in her official capacity as Income Maintenance Supervisor of the Saguache County Department of Social Services, and
ELIZABETH GARCIA, individually and in her official capacity as eligibility technician for the Saguache County Department of Social Services,

    Defendants.

---

## MINUTE ORDER[1]

---

    Defendants' Motion to Substitute Amended Reply [#76], filed June 14, 2006, is GRANTED and the tendered Amended Reply to Plaintiff's Response to Motion for Summary Judgment is accepted for filing.

Dated: June 14, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.